# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | Case No. 3:20-cr-0033 |
| ) | |
| **JULIO SOTO ROBLES,**   ) | |
| ) | |
| **Defendant.**   ) | |

## ORDER

**BEFORE THE COURT** is the Report and Recommendation of the Magistrate Judge recommending that the Court accept Julio Soto Robles' ("Robles") plea of guilty (ECF No. 87) to Counts Two of the Indictment, charging a violation of Title 21, United States Code, Sections 841(a)(1).  After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Soto Robles entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will adopt the Report and Recommendation and find Soto Robles guilty as to Count Two of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 87) is **ADOPTED;** it is further

**ORDERED** that Defendant Soto Robles' plea of guilty as to Count Two of the Indictment is **ACCEPTED,** and that Defendant Soto Robles is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than November 15, 2022; it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than December 9, 2022; it is further

*United States v. Soto Robles*
Case No. 3:20-cr-033
Order
Page 2 of 2

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than December 23, 2022; it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than January 9, 2023; it is further

**ORDERED** that a sentencing hearing shall be held on January 27, 2023, at 9:30 A.M. in STT Courtroom No. 1.

**Date:** September 26, 2022                     /s/ *Robert A. Molloy*
                                                **ROBERT A. MOLLOY**
                                                **Chief Judge**